**Randy LIU; et al., Plaintiffs–Appellants,**

v.

**NORTHWEST TRUSTEE SERVICES, INC., Defendant,**

and

**Federal National Mortgage Association, Defendant–Appellee.**

No. 14-35202

United States Court of Appeals, Ninth Circuit.

Argued and Submitted November 6, 2015 Portland, Oregon

FILED August 03, 2016

John Patrick Bowles, Esquire, Trial Attorney, Jeffrey A. Myers, Bowles Fernandez Law LLC, Lake Oswego, OR, for Plaintiffs–Appellants Randy Liu and Monica Chen

John M. Thomas, Attorney, RCO Legal, P.S., Portland, OR, for Defendant Northwest Trustee Services, Inc.

William G. Fig, Attorney, Laurie Rebecca Hager, Attorney, Sussman Shank LLP, Portland, OR, for Defendant–Appellee Federal National Mortgage Association

Before: BERZON and WATFORD, Circuit Judges, and SOTO,* District Judge.

MEMORANDUM **

The district court properly entered summary judgment for the defendants and denied the plaintiffs' motion for leave to amend their complaint as futile. The plaintiffs argue that the foreclosure sale of their property was invalid because the notice of sale that they received did not identify the proper beneficiary of the trust deed. However, the Oregon Trust Deed Act forbids post-sale challenges based on this technical defect, for the reasons stated in *Woods v. U.S. Bank N.A.*, 831 F.3d 1159, 2016 WL 4120687 (9th Cir. 2016). *See* Or. Rev. Stat. § 86.797(1) (formerly § 86.770(1)).

**AFFIRMED.**

---

* The Honorable James Alan Soto, United States District Judge for the U.S. District Court for the District of Arizona, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.